1  G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
Encino, CA  91436
3  T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com
4
Attorneys for Plaintiff,
5  STEVEN BROWNING

6

7

8              **UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10

11  STEVEN BROWNING                    **Case No.: C12-00776 YGR**

12              Plaintiff,             **[PROPOSED] ORDER OF
                                       DISMISSAL WITH PREJUDICE** BETWEEN
13      vs.                            **PLAINTIFF AND DEFENDANT**

14
DIVERSIFIED COLLECTION
15  SERVICES, INC.; DOES 1-10,
inclusive.
16

17              Defendants.

18

19

20      PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of

21  Plaintiff STEVEN BROWNING against Defendant DIVERSIFIED

22  COLLECTION SERVICES, INC. are dismissed, with prejudice.  Plaintiff

23  STEVEN BROWNING and Defendant DIVERSIFIED COLLECTION

24  SERVICES, INC. shall each bear their own costs and attorneys' fees.

25  Date:_February 8, 2013_____    _____

26                                       JUDGE, United States District Court,
                                         Northern District of California
27
        This Order terminates Dkt. No. 24 and the Order to Show Cause
28  Hearing scheduled for February 15, 2013 is VACATED.  IT IS SO ORDERED.

                        [Proposed] Order of Dismissal