G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
STEVEN BROWNING

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BROWNING,<br><br>              Plaintiff,<br><br>     vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1-10, inclusive.<br><br>              Defendants. | **Case No.: C12-00776 YGR**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** BETWEEN **PLAINTIFF AND DEFENDANT** |

   PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff STEVEN BROWNING against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, with prejudice.  Plaintiff STEVEN BROWNING and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date: February 8, 2013                            _____
                                                JUDGE, United States District Court,
                                                Northern District of California

   This Order terminates Dkt. No. 24 and the Order to Show Cause Hearing scheduled for February 15, 2013 is VACATED.  IT IS SO ORDERED.